UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MARCUS MAIMIE TOMAH, | Civil No. 25-3018 (JRT/LIB) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| v. | |
| CLAY COUNTY CORRECTIONAL FACILITY, | |
| Respondent, | |

_____

Marcus Maimie Tomah, #64916, Clay County Correctional Facility, 800 9th Street South, P.O. Box 280, Moorhead, MN 55072, *pro se* Petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Petitioner Marcus Maimie Tomah's petition for a writ of habeas corpus under 28 U.S.C. § 2241, [Docket No. 1], is **DISMISSED without prejudice**;

2. Petitioner's applications to proceed in forma pauperis ("IFP"), [Docket No. 2], is **DENIED as moot**; and

3. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2025 at                 s/John R. Tunheim  
Minneapolis, Minnesota                            JOHN R. TUNHEIM  
                                                         United States District Judge